**Opinion issued May 21, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-18-00892-CV

———————————————

### ARVEYIEL FORTILLA, Appellant

### V.

### HHA KELLY VILLAGE, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1111197**

## MEMORANDUM OPINION

Appellant, Arveyiel Fortilla, has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.